# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 11, 2025

Lyle W. Cayce
Clerk

No. 24-51031
Summary Calendar

───────────────

United States of America,

*Plaintiff—Appellee*,

*versus*

Edmundo Varela-Ruelas,

*Defendant—Appellant*.

───────────────────────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:24-CR-1724-1

───────────────────────────────

Before Wiener, Willett, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Edmundo Varela-Ruelas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Varela-Ruelas has not filed a response.

───────────────────────

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-51031

We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.